### AUGUST GRANDISON v. THE STATE.

*No. 3553.    Decided November 8.*

**Perjury.**— Charge of the Court on a trial for perjury failing to instruct the jury that a conviction could not be had except upon the testimony of two credible witnesses, or one credible witness corroborated strongly by other evidence as to the falsity of the defendant's statement under oath, constitutes fundamental error.

APPEAL from the District Court of Waller.    Tried below before Hon. W. H. Burkhart.

This conviction was for perjury, and the penalty assessed was a term of five years in the penitentiary.

*H. M. Boone,* for appellant.

*W. L. Davidson,* Assistant Attorney-General, for the State.

WILLSON, JUDGE.—This being a prosecution for perjury, it devolved upon the trial court to instruct the jury that they could not convict except upon the testimony of two credible witnesses, or of one credible witness corroborated strongly by other evidence as to the falsity of defendant's statement under oath.   Code Crim. Proc., art. 746; Wilson v. The State, 27 Texas, 47; Miller v. The State, Id., 497.

Such instruction was not given the jury, and the omission to give it constitutes fundamental error, for which the judgment is reversed and the cause is remanded.

*Reversed and remanded.*

Judges all present and concurring.